UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MELA PROPERTIES, LLC,          CASE NO:  2:18-CV-404-FLM-99-CM

      Plaintiff / Counter-Defendant,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY NO.
JHL 100595,

      Defendants / Counter-Plaintiffs.
_____/

## JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT

COME NOW Plaintiff / Counter-Defendant, Mela Properties, LLC (hereinafter referred to as "Mela") and Defendants / Counter-Plaintiffs, Certain Underwriters at Lloyd's, London Subscribing to Policy No. JHL100595 (hereinafter referred to as "Liberty") (hereinafter collectively referred to as the "Parties") by and through undersigned counsel, and hereby jointly move this Court for entry of the attached Stipulated Final Judgment:

1.     On October 9, 2019, the Court filed an *Endorsed Order* administratively closing the file and dismissing the case without prejudice "subject to the right of any party within sixty (60) days from the date of this Order, December 9, 2019, to submit a stipulated form of final judgment or request an extension of time to do so . . . ." [ECF No. 55].

2.     The deadline for moving this Court to enter a stipulated form of final judgment has since been extended three (3) times, through December 3, 2020. [ECF No. 62].

3.     On October 26, 2020, the Parties finalized the terms and conditions of their final settlement based on an umpire appraisal.

4.      Pursuant to the Parties' agreement and the appraisal award, Liberty shall issue payment to: "Mela Properties LLC; Boyle, Leonard & Anderson, P.A.; and Keys Claims Consultants, LLC" in the amount of $165,495.45 in resolution of all claims against it in the Lawsuit and as further set forth in the enclosed, proposed Stipulated Form Final Judgment.  This payment further resolves all claims to attorneys' fees and additional damages of any kind, whether asserted or not.

5.      Thus, the Parties hereby request this Court enter the attached proposed Stipulated Final Judgment in this matter.

WHEREFORE, the Parties respectfully request this Honorable Court grant the Motion for Entry of Stipulated Final Judgment and enter the enclosed proposed Stipulated Final Judgment, resolving this matter.

Respectfully submitted this 3rd day of December, 2020.


**BOYLE, LEONARD, & ANDERSON P.A.**
*Attorneys for Plaintiff Mela Properties,LLC*
2050 McGregor Boulevard
Fort Myers, Florida  33901
Tel:   (239) 337-1303
Fax:  (239) 337-7674

By: */s/ Gregory L. Evvans*
    Gregory L. Evans, Esq.
    Florida Bar No.: 767824
    Mark A. Boyle, Esq.
    Florida Bar No.: 5886
    eservice@insurance-counsel.com
    gevans@insurance-counsel.com
    mboyle@insurance-counsel.com

**FIELDS HOWELL LLP**
*Attorneys for Defendants, Underwriters*
9155 So. Dadeland Blvd., Suite 1012
Miami, FL 33156
Tel:  (786) 870-5600
Fax: (855) 802-5821

By: */s/ Armando P. Rubio*
    Armando P. Rubio, Esq.
    Florida Bar No.: 478539
    arubio@fieldshowell.com
    service@fieldshowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system that will send an electronic notification to counsel of record for all parties.

**BOYLE & LEONARD, P.A.**
*Counsel for Plaintiff Mela Properties, LLC*
Gregory L. Evans, Esq.
Mark A. Boyle, Esq.
2050 McGregor Boulevard
Fort Myers, Florida  33901
Tel:  (239) 337-1303
Fax:  (239) 337-7674
eservice@insurance-counsel.com
gevans@insurance-counsel.com
mboyle@insurance-counsel.com

**FIELDS HOWELL LLP**
*Counsel for Defendants Certain Underwriters at Lloyd's, London*
9155 So. Dadeland Blvd.
Suite 1012
Miami, Florida  33156
Tel:  (786) 870-5600
Fax:  (855) 802-5821

By  */s/ Armando P. Rubio*
    Armando P. Rubio, Esq.
    Florida Bar No.:  478539
    arubio@fieldshowell.com
    service@fieldshowell.com