UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MELA PROPERTIES, LLC,

    Plaintiff,

v.                                              Case No.: 2:18-cv-404-FtM-38NPM

CERTAIN UNDERWRITERS
AT LLOYD'S OF LONDON,

    Defendant.
                                     /

## **STIPULATED FINAL JUDGMENT**[1]

Before the Court is the parties' Joint Motion for Entry of Stipulated Final Judgment (Doc. 65). The parties provided their stipulated final judgment (Doc. 65-1). After review, the Court finds it proper to enter final judgment pursuant to the parties' request and agreement.

Accordingly, it is now

**ORDERED:**

(1) The parties' Joint Motion for Entry of Stipulated Final Judgment (Doc. 65) is **GRANTED**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(2) The parties' stipulated final judgment (Doc. 65-1) is incorporated into and made part of this Final Judgment.

(3) The Clerk is **DIRECTED** to terminate any pending motions or deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on December 4, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record